UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHAN JOHNSON,<br><br>          Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY,<br><br>          Defendant. | Case No. CV-22-053-BU-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  ** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Order filed on March 16, 2023, at Document No. 25.

Dated this 16th day of March, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Annie Puhrmann
Annie Puhrmann, Deputy Clerk