IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHAN JOHNSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MID-CENTURY INSURANCE COMPANY and JOHN DOES A-D,<br><br>　　　　　Defendants. | CV 22-53-BU-KLD<br><br>ORDER |

The Ninth Circuit Court of Appeals has issued its formal mandate in this case pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Accordingly,

**IT IS ORDERED** that this case is REMANDED to the Montana Third Judicial District Court, Deer Lodge County for further proceedings consistent with the Ninth Circuit's February 21, 2024 memorandum decision.

DATED this 15th day of March, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge